**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| COUTINHO & FERROSTAAL, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-991 |
| | § | |
| STX PAN OCEAN CO. LTD., | § | |
| | § | |
| Defendant. | § | |

## ORDER

In accordance with this court's Memorandum and Order of today's date, the defendant is entitled to dismissal based on a valid and enforceable forum-selection clause.  The motion to dismiss, (Docket Entry No. 11), is granted.  This suit is dismissed.

SIGNED on April 8, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge